UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-60257-CIV-UNGARO
Magistrate O'Sullivan

EDWINA WILLIAMS

       Plaintiff,

v.

NATIONAL TRAVEL SERVICES, INC.,
PLAZA RESORTS, INC. d/b/a RAMADA
PLAZA RESORTS ORLANDO/
FT. LAUDERDALE VACATIONS,
RESORTS MARKETING HOLDINGS, INC.,
PINNACLE RESORTS HOLDING, INC.,
CONSOLIDATED TRAVEL HOLDINGS,
GROUP, INC., DANIEL LAMBERT, and
JAMES VERRILO,

       Defendants.
_____/

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., each Defendant provides this disclosure statement identifying their respective parent corporations, as set forth below, and stating that not one of the named Defendants has any publicly held corporation that owns 10% or more of its stock.[1]

Defendants National Travel Services, Inc. and Plaza Resorts, Inc. are separate subsidiaries of their parent Resorts Marketing Holdings, Inc., which is wholly owned by Pinnacle Resorts Holding, Inc., which is wholly owned by Consolidated Travel Holdings Group, Inc.

---

1 The rule provides that:

    A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

whose sole shareholder is Consolidated Travel Holdings Group, Inc. Employee Stock Ownership Trust (the "ESOP Trust").

The undersigned, counsel of record for defendant, therefore, certifies that the ESOP Trust, in addition to each defendant, may have a pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal in this matter.

Respectfully submitted,

GREENSPOON MARDER, P.A.
Attorneys for Defendants
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
954.491.1120 (Telephone)
954.343.6956 (Facsimile)
richard.epstein@greenspoonmarder.com
haas.hatic@greenspoonmarder.com
rebecca.bratter@gmlaw.com


BY:   s/Richard W. Epstein
       RICHARD W. EPSTEIN
       Florida Bar No. 229091
       HAAS A. HATIC
       Florida Bar No. 843989
       REBECCA BRATTER
       Florida Bar No. 0685100

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that **on this 20th day of April 2007**, we electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that a copy will be served by U.S. mail on all counsel of record identified on the attached service list who are not authorized to receive electronically Notices of Electronic Filing in Southern District:

s / Richard W. Epstein
Richard W. Epstein

## SERVICE LIST

Janet R. Varnell, Esq.
Varnell & Warwick, P.A.
20 La Grande Boulevard
The Villages, Florida 32159
jrvarnell@aol.com
Telephone: 352.753.8600
Facsimile: 352.753.8606

Andrew S. Kierstead, Esq.
Law Office of Andrew Kierstead
1001 S.W. 5th Avenue, Suite 1100
Portland, Oregon 97204
Telephone: 508.224.6246
Facsimile: 508.224.4356

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Martin Woodward, Esq.
Stanley, Mandel & Iola, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
Telephone: 214.443.4300
Facsimile: 214.443.0358

G:\DOCS\LCM\05330\0176\NOTICE\25Q4529.DOC