UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-60257-CIV-UNGARO-BENAGES

EDWINA WILLIAMS, on behalf of
herself and all others similarly situated,
    Plaintiff,

v.

NATIONAL TRAVEL SERVICES, INC.,
*et al*.,
    Defendants.
_____/

### ORDER DENYING MOTIONS TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon the Application of Marc R. Stanley to Appear Pro Hac Vice (D.E. 15, 5/31/07), and the Application of Martin Woodward to Appear Pro Hac Vice (D.E. 16, 5/31/07).

THE COURT has considered the Applications and the pertinent portions of the record, and being otherwise fully advised in the premises it is

ORDERED AND ADJUDGED that Plaintiff's Motions to Appear Pro Hac Vice are DENIED WITHOUT PREJUDICE for failure to follow the CM/ECF Administrative Procedures requiring filing in the conventional manner along with the applicable filing fee.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of June, 2007.

                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record