UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EDWINA WILLIAMS, on behalf of § 
herself and all others similarly situated, §
§
*Plaintiffs*, §
§
v. §
§
§
NATIONAL TRAVEL SERVICES, INC., § CASE NO. 0760257-CIV-UNGARO
PLAZA RESORTS, INC. d/b/a RAMADA §
PLAZA RESORTS ORLANDO/FT. §
LAUDERDALE VACATIONS, RESORT §
MARKETING HOLDINGS, INC., §
PINNACLE RESORTS HOLDING, INC., §
CONSOLIDATED TRAVEL HOLDINGS §
GROUP, INC., DANIEL LAMBERT and §
JAMES VERRILLO, §
§
*Defendants*. §

## INTERIM JOINT STATUS REPORT

Plaintiff, Edwina Williams, on behalf of herself and all others similarly situated, and Defendants, National Travel Services, Inc., Plaza Reports, Inc. d/b/a Ramada Plaza Resorts Orlando/Ft. Lauderdale Vacations, Resort Marketing Holdings, Inc., Pinnacle Resorts Holding, Inc., Consolidated Travel Holdings Group, Inc., Daniel Lambert, and James Verrillo (hereinafter jointly referred to as "the Parties"), hereby submit their Interim Joint Status Report pursuant to this Honorable Court's Order dated June 11, 2007.

1. Have all the defendants been served and answered the complaint? If not, state the reason(s) for the failure to do so.

   Yes. All Defendants answered the complaint on or about May 16, 2007.

2. Are there any motions pending? If so, indicate the status of each motion separately.

        Yes. Currently pending before the Court is Plaintiff's Motion for Class Certification, filed July 27, 2007. Pursuant to the Court's Order of August 21, 2007, Defendants' Response is due to be filed on September 10, 2007, and Plaintiff's Reply is due September 28, 2007. Plaintiff has requested the Court to schedule oral argument on the Motion.

3. Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

        Yes. The parties filed their Notice of Selection on or about June 26, 2007.

4. Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff(s) completed the form Order of Referral to Mediation and submitted it to the Court? If not, state the reason(s) for the failure to do so.

        No. The parties have discussed the scheduling of mediation, and are in agreement that a mediation is best scheduled following the Court's disposition of Plaintiff's Motion for Class Certification.

5. Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

        Defendants proposed to informally negotiate a settlement of Plaintiff's individual claims. Plaintiff has rejected this proposal, as it does not contemplate settlement on a class-wide basis.

6. If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

        No. The parties project that this case will not be less then five days to try.

        Respectfully submitted,

        s/Timony Carl Blake
        Timothy Carl Blake, Esq.
        TIMOTHY CARL BLAKE, P.A.
        66 W. Flagler Street
        Suite 1000
        Miami, FL  33130

Marc R. Stanley
Texas Bar No. 19046500
Roger L. Mandel
Texas Bar No. 12891750
Martin Woodward
Texas Bar No. 00797693
STANLEY, MANDEL & IOLA, LLP
3100 Monticello Avenue, Ste. 750
Dallas, Texas 75205
214.443.4300 (telephone)
214.443.0358 (facsimile)


Andrew S. Kierstead
LAW OFFICE OF ANDREW KIERSTEAD
1001 SW 5th Avenue, Suite 1100
Portland, OR  97204

Janet R. Varnell
Brian W. Warwick
VARNELL & WARWICK, P.A.
20 La Grande Blvd.
The Villages, FL  32159

*Counsel for Plaintiff*


s/ Richard W. Epstein
Richard W. Epstein
Haas Hatic
Rebecca Bratter
GREENSPOON MARDER, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
954.491.1120 (Voice)
954.771.9264

*Counsel for Defendants*