UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-60257-CIV-UNGARO

EDWINA WILLIAMS,

    Plaintiff,

v.

NATIONAL TRAVEL SERVICES, INC.,
et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal, filed on January 25, 2008 (D.E. 60).

THE COURT has considered the stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(i), with each party to bear its own costs and attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of January, 2008.

                                                _____
                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record